UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAMSEY COULTER, | : |
| Plaintiff, | : |
| v. | : No. 5:17-cv-03689 |
| PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, *doing business as* FEDLOAN SERVICING, | : |
| Defendant. | : |

# **O R D E R**

**AND NOW**, this 15th day of May, 2018, upon consideration of Defendant's Partial Motion to Dismiss, ECF No. 4, and for the reasons set forth in the Opinion issued this date, it is **ORDERED** that Defendant's Partial Motion to Dismiss, ECF No. 4, is **GRANTED in part and DENIED in part** as follows:

1. The Motion is **GRANTED** to the extent that paragraphs 23 and 25 of the Complaint allege violations of the FCRA based on Defendant's conduct *prior to* Coulter's dispute;

2. The Motion is **DENIED** to the extent that paragraphs 23, 25, and 28 of the Complaint allege that Defendant failed to fulfill its responsibility to provide a complete and accurate post-dispute reporting of debts.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge